UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICIA JOAN ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01009-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 16) |

On April 28, 2017, the parties to this action filed a stipulation for an extension of time for the Commissioner to file a response to Plaintiff's opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading shall be filed on or before June 2, 2017;

2. Plaintiff's reply, if any, shall be filed on or before, June 19, 2017; and

3. The parties are advised that due to the impact of social security cases on the Court's docket and the Courts desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be

1

looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated:   **May 1, 2017**

UNITED STATES MAGISTRATE JUDGE