UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JOAN ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:16-cv-01009-SAB<br><br>ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)) |

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. §2412, fees in the amount of four thousand nine hundred and two dollars and no cents ($4,902.00) and expenses in the amount of eight dollars and thirty-four cents ($8.34), for **a total of four thousand nine hundred and ten dollars and thirty-five cents ($4,910.35)**, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **October 10, 2017**

                                            UNITED STATES MAGISTRATE JUDGE